UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | 2:00-cr-00786-DRD |
| v. | CONSENT ORDER |
| RAHIM KODJO | |

Honorable Dickinson R. Debevoise, United States District Judge

The Court orders the modification of the defendant's supervised release by way of agreement between the defendant and the Government as set forth below:

Defendant is permitted to have contact with Mrs. Tegi Johnson from this date forward until the end of his term of supervised release.

All previous conditions of supervised release as set forth on January 4th, 2002, by way of defendant's judgment of conviction, shall remain in full force and effect.

SO ORDERED

DATED: June 7, 2010

_____
Dickinson R. Debevoise
United States District Judge