PROB 12B
(7/93)



RECEIVED
JUN 2 2 2011
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rahim Kodjo

Cr.: 00-00786-001
PACTS Number: 28142

Name of Sentencing Judicial Officer: Judge Designate

Date of Original Sentence: 01/24/02

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon

Original Sentence: 120 months incarceration, three years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/11/09

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

**MENTAL HEALTH TREATMENT**

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

**RESIDENTIAL REENTRY CENTER PLACEMENT** (6 months WITH weekend privileges)

You shall reside for a period of 6 months, or until such time that suitable housing is secured, in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges. You shall pay subsistence as required, upon securing employment.

## CAUSE

This offender can no longer reside with his mother in Georgia and there are no alternative housing options at this time. The offender has been diagnosed with Major Depressive Disorder and Anti-Social Personality Disorder and in order to provide and monitor his mental health treatment, a special condition for mental health treatment is necessary.

PROB 12B - Page 2
Rahim Kodjo

Respectfully submitted,

By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 6/20/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

June 28, 2011
Date

NAME  Rahim Kodjo　　　　　　　　　DOCKET NO.  2:00-CR-786-001

PROB 49
(3/89)

RECEIVED

UNITED STATES DISTRICT COURT

JUN 2 2 2011

for the

AT 8:30_____
WILLIAM T WALSH
CLERK

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. You shall participate in a mental health treatment program that may include, upon the recommendation of a psychiatrist or psychologist, mental health counseling, residential treatment, outpatient treatment, and/or the prescription of psychotropic medications by a medical doctor. The U.S. Probation Office shall administratively supervise your participation in the program by approving the program and monitoring your participation in the program.

2. You shall reside at the Residential Re-Entry Center in the District of New Jersey for a period not to exceed six months and abide by the rules and regulation of that facility.

Signed:　　　　　　　　　　　　　　　Witness:

　　R Kdj　　　　　　　　　　　　　　　Donald Coneway, Sr.

Rahim Kodjo　　　　　　　　　　　　Donald L. Coneway, Sr.
Supervised Releasee　　　　　　　　　U.S. Probation Officer

Date:  5-9-11